United States District Court
Southern District of Texas

**ENTERED**

March 12, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **REVAZI I.**[1], § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL NO. 1:26-CV-255** |
| § | |
| **WARDEN, PORT ISABEL SERVICE** § | |
| **PROCESSING CENTER** § | |
| **and** § | |
| **MIGUEL VERGARA** § | |
| **and** § | |
| **TODD M. LYONS** § | |
| **and** § | |
| **KRISTI NOEM** § | |
| **and** § | |
| **PAMELA JO BONDI,** § | |
| Respondents. § | |

**ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243**

**AND REQUIRING GOVERNMENT RESPONSE**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Petitioner's allegations raise a genuine question as to whether his/her continued detention violates federal law and the U.S. Constitution. Because it does not plainly appear that Petitioner is not entitled to the requested relief, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted[.]" 28 U.S.C. § 2243.

To facilitate the progress of this petition pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to show cause why the writ of habeas corpus should not be granted by **no later than April 1, 2026**. Responses thereafter shall follow Local Rules 7.1 through 7.4 of the Southern District of Texas. *See* S.D. Tex. L.R. 7.1 - 7.4.

Respondents are ordered to respond to the most recent petition filed in this case. The Court

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

1 / 2

advised all parties to provide timely updates to this Court of any immigration proceedings. If Petitioner is transferred, removed or released during the pendency of this suit, the parties are ordered to notify this Court within three days. If the Petitioner is pending a removal order, the parties are ordered to timely notify the Court of an entry of removal order and/or a finalization of a removal order.

The Clerk of Court is **DIRECTED** to deliver copies of the most recent petition and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

Signed on March 12, 2026.

Karen Betancourt
United States Magistrate Judge